IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMANDA KREMERS and JASON McCANN, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL NO. 09-333-GPM |
| COCA-COLA COMPANY, ) ) | |
| Defendant. ) | |

# JUDGMENT IN A CIVIL CASE

This action came on before the Court, Judge G. Patrick Murphy presiding, on a motion for summary judgment and the following decision was reached:

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiffs recover nothing, the action be dismissed on the merits, and the defendant Coca-Cola Company recover costs from the plaintiffs Amanda Kremers and Jason McCann.

**DATED**: April 27, 2010

NANCY J. ROSENSTENGEL, CLERK

By:  s/Linda McGovern
       Deputy Clerk


APPROVED:  /s/ G. Patrick Murphy
                   G. PATRICK MURPHY
                   U.S. DISTRICT JUDGE